### The District Court of the 20th Judicial District.
### County of Lake.

STATE OF MONTANA,
    Plaintiff,                        CAUSE NO. DC-12-138
vs.                               DECISION
LIONEL SHARON SHEPHERD,
    Defendant.

On March 21, 2013, the Defendant was sentenced for Driving Under the Influence of Alcohol or Drugs, a felony, as specified in Section 61-8-401(1)(a), MCA, to Montana State Prison for Forty (40) years with Thirty-five (35) years suspended; and other terms and conditions given in the Judgment on March 21, 2013.

On August 2, 2013, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant was present and was represented by Ed Sheehy, Jr., Attorney at Law. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that, "The sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Division that the sentence shall be AFFIRMED.

Done in open Court this 2nd day of August, 2013.

DATED this 26th day of September, 2013.

Chairperson, Hon. Loren Tucker, Member Hon. Brad Newman and Member Hon. Kathy Seeley.